# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **BOSTON BOATWORKS, L.L.C.,** | **Case No. 25-** |
| **Debtor.** |  |

## DECLARATION REGARDING ELECTRONIC FILING

I, Scott R.S. Smith, hereby declare under penalty of perjury that the information contained in the *Voluntary Petition for Non-Individuals Filing Bankruptcy, List of Equity Security Holders, Verification of Creditor Matrix, Resolution Authorizing Chapter 11 Filing,* and *Affidavit of Scott R.S. Smooth in Support of First Day Relief* (together, the "Documents") filed electronically in the above case, are true and correct. I understand that this Declaration is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Documents. I understand that failure to file this Declaration may cause the Documents to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(b) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Signed: _____
                  Scott R.S. Smith

Dated:  January 14, 2025

I certify that the affiant signed this form before I submitted the Documents, I gave the affiant a copy of the Documents and this Declaration, and I have followed all other electronic filing requirements currently established by local rule and standing order. This Declaration is based on all information of which I have knowledge, and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:  January 14, 2025          Signed:/s/ *D. Ethan Jeffery*_____
                                                            D. Ethan Jeffery

839384-v1