**Fill in this information to identify the case:**

Debtor name **Boston Boatworks, L.L.C.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known) **25-10071**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.   **Cash on hand** | $196,561.00 |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $196,561.00 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 152,764.00 | - | 0.00 | = .... | $152,764.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **Boston Boatworks, L.L.C.** | Case number *(If known)* **25-10071** |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | **$152,764.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:** Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Inventory Parts** | | $0.00 | | $507,705.03 |

| 23. | **Total of Part 5.** | **$507,705.03** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

| Debtor | **Boston Boatworks, L.L.C.** | Case number *(If known)* | **25-10071** |
|---|---|---|---|
| | Name | | |

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Capital Assets** | $0.00 | | $707,102.39 |
| **BB Yacht Tooling/Molds** | $0.00 | | $1,210,988.75 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $1,918,091.14 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

<h3>Part 9:    Real property</h3>

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

<h3>Part 10:    Intangibles and intellectual property</h3>

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

<h3>Part 11:    All other assets</h3>

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

| Debtor | **Boston Boatworks, L.L.C.** | Case number *(If known)* **25-10071** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $196,561.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $152,764.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $507,705.03 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,918,091.14 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,775,121.17 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,775,121.17 |

**Fill in this information to identify the case:**

Debtor name   **Boston Boatworks, L.L.C.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)   **25-10071**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **U.S. Small Business Administration**<br>Creditor's Name<br><br>**PO Box 3918**<br>**Portland, OR 97209**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Substantially All Assets**<br><br>Describe the lien | $147,000.00 | $0.00 |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $147,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name **Boston Boatworks, L.L.C.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known) **25-10071**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,335.00** | $0.00 |
|---|---|---|---|---|

**Commonwealth of Massachusetts**
**PO Box 7003**
**Boston, MA 02204**

*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,950.00** |
|---|---|---|---|

**Active Interest Media**
**PO Box 951556**
**Dallas, TX 75395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33.09** |
|---|---|---|---|

**Aere Marine LLC**
**12207 NW 35th Street**
**Coral Springs, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Boston Boatworks, L.L.C.** | | Case number (if known) | **25-10071** |
|---|---|---|---|---|
| | Name | | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,063.99**

**AFC Ind - Victory Bolt and Specialty**
**4812 Unionville-Indian Trail Rd.**
**Indian Trail, NC 28079**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00**

**All New Upholstery**
**info@allnewupholstery.com**
**425 American Legion Highway**
**Revere, MA 02151**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,750.01**

**Alpha Analytical, Inc**
**145 Flanders Road**
**Westborough, MA 01581**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,168.92**

**Alta Material Handling**
**PO Box 21918**
**New York, NY 10087-1918**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$159,850.95**

**American Express**
**P.O. BOX 1270**
**NEWARK, NJ 07101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,106.72**

**APF Holdings of NY, Inc.**
**99 Marcus Blvd.**
**Hauppauge, NY 11788**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$105.00**

**Armstrong Nautical Products**
**3140 S. E. Dominica Terrace**
**Stuart, FL 34997**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Boston Boatworks, L.L.C.** | Case number (if known) | **25-10071** |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,068.42**

**Attwood Corporation**
**25349 Network Place**
**Chicago, IL 60673-1253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,505.11**

**B&A Brokers Inc.**
**FMC License 3494**
**150 Wood Road, Suite 404**
**Braintree, MA 02184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,206,070.39**

**Barton and Gray**
**20 Ladd St**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$531.00**

**Bete-Fleming, Inc**
**44 Marion Rd.**
**PO Box 906**
**Mattapoisett, MA 02739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,570.00**

**Blue Creative Group, LLC**
**112 Parker Street**
**Newburyport, MA 01950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,060.00**

**BoatRx**
**256 Marginal St**
**Boston, MA 02128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,020.00**

**Bomon Marine**
**1855 Boulevard Industriel**
**Laval, QC H7S 1P5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Boston Boatworks, L.L.C.** | | Case number (if known) | **25-10071** |
|---|---|---|---|---|
| | Name | | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,869.72**

**Boston Courier Inc.**
**1131 Trapelo Rd**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,941.60**

**Boston IT, Inc**
**1 Boston Place Suite 2600**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,123.55**

**Burns Tools**
**PO Box 171**
**Fall River, MA 02724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86.06**

**C. Sherman Johnson Co., Inc.**
**1 Matthews Drive,**
**East Haddam Industrial,**
**East Haddam, CT 06423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,896.00**

**CapitalOne**
**PO Box 71087**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$160.00**

**CHA Occupational**
**PO Box 847438**
**Boston, Ma 02284-7438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$279,726.02**

**Charlestown Maritime Center, LLC - Rent**
**200 Terminal Street**
**Charlestown, MA 02129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Boston Boatworks, L.L.C.** | Case number (if known) | **25-10071** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,634.35**

**Cintas (Unif. for BBW Employees)**
Acct#016-13231
P.O.Box 630803
Cincinnati, OH 45263-0803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$657,559.20**

**Composites One LLC**
Accounts Receivables
4526 Paysphere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,352.44**

**Core Composites**
65 Tupelo Street
Bristol, RI 02809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,602.73**

**CorVant, LLC**
131 Continental Drive Suite 409
Newark, DE 19713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153,104.00**

**Cummins Sales & Service**
PO Box 772639
Detroit, MI 48277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,052.08**

**CW Hayden**
P.O. Box 1030
Auburn, ME 04211-1030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,559.52**

**DB&S Lumber**
78 Accord Park Drive
Norwell, MA 02061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Boston Boatworks, L.L.C.** | Case number (if known) | **25-10071** |
|---|---|---|---|

Name

---

**3.31** | Nonpriority creditor's name and mailing address
**Diversified Automotive, inc dba Mystic m**
**100 Terminal Street**
**Charlestown, MA 02129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,678.87**

---

**3.32** | Nonpriority creditor's name and mailing address
**Dometic Corp.**
**DEPT CH 19497**
**Palatine, IL 60055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,384.23**

---

**3.33** | Nonpriority creditor's name and mailing address
**Dometic US Blind Systems Ltd.**
**91 Manchester Valley Road**
**Building E**
**Manchester Center, VT 05255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,205.35**

---

**3.34** | Nonpriority creditor's name and mailing address
**Donovan Marine**
**PO BOX 1979**
**Memphis, TN 38101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$80.28**

---

**3.35** | Nonpriority creditor's name and mailing address
**Doyon's Modern Home**
**172 Main Street**
**Reading, MA 01867**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,597.90**

---

**3.36** | Nonpriority creditor's name and mailing address
**E.S. Ritchie & Sons, Inc.**
**PO Box 548,**
**Pembroke, MA 02359**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$240.12**

---

**3.37** | Nonpriority creditor's name and mailing address
**East Coast Interiors**
**Carol@eastcoastinteriorsinc.com**
**4 Ledgewood Blvd**
**N. Dartmouth, MA 02747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$205,320.26**

---

| Debtor | **Boston Boatworks, L.L.C.** | | Case number (if known) | **25-10071** |
|---|---|---|---|---|

Name

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,798.53** |
|---|---|---|---|

**East Coast Terminals, Inc**
**267 Allen Street**
**Springfield, MA 01108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126.00** |
|---|---|---|---|

**Encore fire protection**
**70 Bacon Street**
**Pawtucket, RI 02860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$433.09** |
|---|---|---|---|

**ESTES**
**PO Box 105160**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,619.00** |
|---|---|---|---|

**Farina Corp.**
**24 Spice Street**
**Charlestown, Ma 02129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$371.60** |
|---|---|---|---|

**Fiberglass Supply**
**11824 Water Tank Rd.**
**Burlington, WA 98233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,646,664.85** |
|---|---|---|---|

**First Citizens Bank**
**PO Box 63068**
**Charlotte, NC 48277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,481.32** |
|---|---|---|---|

**Florida Marine Tanks, Inc.**
**PO Box 935940**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Boston Boatworks, L.L.C.** | Case number (if known) | **25-10071** |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$856.77**

**Garmin International**
Lacena.Schupp@garmin.com
PO Box 842603
Kansas City, MO 64184-2603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,022.92**

**Glendinning Marine Products, Inc**
7071 Solutions Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$263.70**

**Global Industrial**
29833 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,130.53**

**Golight, Inc.**
37146 Old Hwy 17
Culbertson, NE 69024-8226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$187.00**

**Gorham Fire Appliance Co.**
70 Bacon Street
Pawtucket, RI 02860

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,166.29**

**GRAINGER DIV W W GRAINGER, INC**
Acct # 845328111
Dept 088-845328111
Palatine, IL 60038-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,678.44**

**Great Lakes Manufacturing Group, LTD**
30555 Clemens Rd
Westlake, OH 44145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Boston Boatworks, L.L.C.** | Case number (*if known*) | **25-10071** |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,222.75** |
|---|---|---|---|

**Groco**
**450 Marion Quimby Drive**
**Stevensville, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$349.54** |
|---|---|---|---|

**Hafele America Co.**
**Acct # 56549**
**PO Box 890779**
**Charlotte, NC 28289-0779**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

**Hirsch Roberts Weinstein LLP**
**24 Federal Street, 12th Floor**
**billing@hrwlawyers.com**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,143.73** |
|---|---|---|---|

**HMI**
**PO Box 772842**
**Detroit, MI 48277-2842**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101.17** |
|---|---|---|---|

**Hodges Marine**
**455 Douglas Road E**
**Oldsmar, FL 34677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.92** |
|---|---|---|---|

**Hose Power USA**
**PO Box 861777**
**Orlando, FL 32886-1777**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,027.65** |
|---|---|---|---|

**HRC Total Solutions**
**111 Charles Street**
**Mancester, NH 03101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Boston Boatworks, L.L.C.** | Case number (if known) | **25-10071** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,360.08** |
|---|---|---|---|

**Imtra Corporation**
**30 Samuel Barnett Blvd.**
**New Bedford, MA 02745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,234.00** |
|---|---|---|---|

**Indel Marine USA**
**3391 SW 42nd Street**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.85** |
|---|---|---|---|

**InfoArmor AllState**
**Dept. 3189**
**PO Box 123189**
**Dallas, TX 75312-3189**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$905.18** |
|---|---|---|---|

**Jamestown Distributors**
**susanm@jamestowndistributors.com**
**Acct # 3493 17 Peckham Drive**
**Bristol, RI 02809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,911.78** |
|---|---|---|---|

**Kellogg Marine, Inc.**
**Acct#060294**
**P.O. Box 951905**
**Dallas, TX 75395-1905**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$828.00** |
|---|---|---|---|

**Kenyon International, Inc.**
**devarts@cookwithkenyon.com**
**P.O. Box 925**
**Clinton, CT 06413**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.77** |
|---|---|---|---|

**Kohler Signature Store Burlington**
**19 3rd Ave Shopping Center**
**Burlington, MA 01803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Boston Boatworks, L.L.C.** | Case number (if known) | **25-10071** |
|---|---|---|---|
| | Name | | |

**3.66**

Nonpriority creditor's name and mailing address
**KUS Americas Inc.**
**3350 Davie Road**
**Suite 203**
**Davie, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$494.72**

---

**3.67**

Nonpriority creditor's name and mailing address
**LADD Distribution LLC**
**26449 Network Place**
**Chicago, IL 60673-1264**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$283.00**

---

**3.68**

Nonpriority creditor's name and mailing address
**Louis DeFusco**
**38 Racoon Hill Road**
**West Greenwich, RI 02817**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,792.30**

---

**3.69**

Nonpriority creditor's name and mailing address
**M2 Supply**
**3722 Lexington Park Drive**
**Elkhart, IN 46514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$16,314.85**

---

**3.70**

Nonpriority creditor's name and mailing address
**Maine Boats, Homes & Harbors**
**PO Box 466**
**Rockland, ME 04841**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,250.00**

---

**3.71**

Nonpriority creditor's name and mailing address
**Makefast USA**
**3725 Payne Road**
**Preston, MD 21655**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$43,329.00**

---

**3.72**

Nonpriority creditor's name and mailing address
**Marblehead Trading Company**
**89 Front Street**
**Marblehead, MA 01945**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$914.79**

---

| Debtor | **Boston Boatworks, L.L.C.** | Case number (if known) | **25-10071** |
|---|---|---|---|
| | Name | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.44 |
|---|---|---|---|

**Marine East**
**P.O. Box 910**
**Rogersville, TN 37857**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.54 |
|---|---|---|---|

**Marine Town Inc**
**2061 NW US Highway 19**
**Crystal River, FL 34428**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,675.00 |
|---|---|---|---|

**Marinemax East**
**2600 McCormick Dr.**
**#200**
**Clearwater, FL 33759**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.10 |
|---|---|---|---|

**Mass Crane & Hoist Services Inc.**
**500 Potash Hill Rd**
**Unit 1**
**Tyngsboro, MA 01879**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.59 |
|---|---|---|---|

**Massachusetts Division of Professional L**
**1000 Washington St**
**Suite 710**
**Boston, MA 02118**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $386.43 |
|---|---|---|---|

**McMASTER-CARR Supply Company**
**PO Box 7690**
**Chicago, IL 60680-7690**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.00 |
|---|---|---|---|

**McMichael Rushmore Yard, Inc**
**700 Rushmore Avenue**
**Mamaroneck, NY 10543**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Boston Boatworks, L.L.C.** | Case number (if known) | **25-10071** |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,123.86** |
|---|---|---|---|

**Millennium Capital Leasing**
**24 Terry Avenue**
**Suite 100**
**Burlington, MA 01803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,407.78** |
|---|---|---|---|

**Motion Industries Inc.**
**35 Industrial Parkway,**
**Suite 0,**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$517.13** |
|---|---|---|---|

**Nature Springs Water Co.**
**55 Franklin Street**
**Needham, MA 02494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108.00** |
|---|---|---|---|

**Nautical Air Inc.**
**3972 King Ct**
**Seaford, NY 11783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,490.50** |
|---|---|---|---|

**Nautilus Marine Fabrication, Inc.**
**13 Industrial Way,**
**Trenton, ME 04605**
**F 207-667-2322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101.44** |
|---|---|---|---|

**Nautinox SRL**
**14/16 Via Antonio Meucci**
**Milano, Casarile 20080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124.99** |
|---|---|---|---|

**Navionics**
**PO Box 3084**
**Boston, MA 02241-3084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Boston Boatworks, L.L.C.** | Case number (if known) | **25-10071** |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,412.00 |
|---|---|---|---|

**New Boston Pump Service**
6 Raymond Avenue, Suite#1
Salem, NH 03079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,590.00 |
|---|---|---|---|

**New England Welding Inc**
145 Bodwell St
Avon,, MA 02322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,794.51 |
|---|---|---|---|

**North Point Yacht Sales**
7330 Edgewood Rd Ste 1
Annapolis, MD 21403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.80 |
|---|---|---|---|

**Northern Business Machines**
24 Terry Avenue
Burlington, MA 01803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.25 |
|---|---|---|---|

**Northern Lights, Inc.**
15 Aegean Drive
Unit 4
Methuen, MA 01844

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $763.36 |
|---|---|---|---|

**Ocean LED**
lisa.wightman@oceanled.com
778 S Military Trail
Deerfield Beach, FL 33442-3025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $925.00 |
|---|---|---|---|

**Omega Engineering, Inc.**
26904 Network Place
Chicago, IL 60673-1269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Boston Boatworks, L.L.C.** | | Case number (if known) | **25-10071** |
|---|---|---|---|---|
| | Name | | | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6.75 |
|---|---|---|---|
| | **Pacer Marine, dba Pacer Group**<br>**1555 Apex Rd.**<br>**Sarasota, FL 34240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,899.78 |
|---|---|---|---|
| | **Pompanette**<br>**Bomar-Gray-Hood-Aluminum 200**<br>**P.O.Box 1200, 73 South West**<br>**Charlestown, NH 03603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $263.40 |
|---|---|---|---|
| | **Power Products Systems, LLC**<br>**90 Bay State Road**<br>**Wakefield, MA 01880** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41.64 |
|---|---|---|---|
| | **Premier Products LTD**<br>**137 South 8th Ave., #D,**<br>**City of Industry, CA 91746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $823.60 |
|---|---|---|---|
| | **Pro-Vac**<br>**100 Patterson Ave**<br>**Bay City, MI 48706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $567.18 |
|---|---|---|---|
| | **Quench / Atlas Water Systems**<br>**PO Box 735777**<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $46.64 |
|---|---|---|---|
| | **Quick USA LLC**<br>**810 Oregon Ave**<br>**Suite F**<br>**Linthicum, MD 21090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Boston Boatworks, L.L.C.** | Case number (if known) | **25-10071** |
|---|---|---|---|
| | Name | | |

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$524.89** |
|---|---|---|---|

**R+L Carriers**
**30 Industrial Dr**
**Canton, MA 02021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$461.08** |
|---|---|---|---|

**Raymarine / FLIR Maritime US, Inc.**
**Attn:Credit Dep.**
**9 Townsend West**
**Nashua, NH 03063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$754.15** |
|---|---|---|---|

**Reverso Pumps**
**richardl@reversopumps.com**
**4001 SW 47th Avenue #201**
**Davie, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,020.00** |
|---|---|---|---|

**Royal Adhesives and Sealant**
**HB Fuller**
**PO Box 777321**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$247.64** |
|---|---|---|---|

**RS Hughes Co.**
**PO Box 647018**
**Dallas, TX 75264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,021.00** |
|---|---|---|---|

**Save That Stuff, Inc.**
**200 Terminal Street**
**Charlestown, MA 02129-1980**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,525.00** |
|---|---|---|---|

**Scalisi Marine, Inc.**
**109 Pearl Street,**
**Weymouth, MA 02191**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Boston Boatworks, L.L.C.** | Case number (if known) | **25-10071** |
|---|---|---|---|
| | Name | | |

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$856.50** |
|---|---|---|---|

**Scandvik, Inc.**
**423 4th Place S.W.**
**Vero Beach, FL 32962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,348.00** |
|---|---|---|---|

**Schiefer Woodworking, Inc.**
**179 Bear Hill Road**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,698.68** |
|---|---|---|---|

**Sea Vision by Underwater Lights USA**
**3406 SW 26th Terrace, C-6/7**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221.10** |
|---|---|---|---|

**Sea-Fire Marine**
**9351 Philadelphia Road**
**Suite G**
**Baltimore, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,562.50** |
|---|---|---|---|

**Seakeeper, Inc.**
**45310 Abell House Lane**
**Suite 350**
**California, MD 20619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$393.09** |
|---|---|---|---|

**Simco Electronics-Boston**
**PO Box 8520**
**Pasandena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.50** |
|---|---|---|---|

**Smedbo**
**881 S. Northpoint Blvd.**
**Waukegan, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Boston Boatworks, L.L.C.** | Case number (if known) | **25-10071** |
|---|---|---|---|
| | Name | | |

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,127.19**

**Soundown Corp.**
**16 Broadway**
**Salem, MA 01970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$283.50**

**Southco / Mobella**
**PO Box 821316**
**Philadelphia, PA 19182-1316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,518.13**

**SpeedPro Imaging**
**107 Audubon Road**
**Suite 35**
**Wakefield, MA 01982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$452.17**

**Staples Advantage**
**PO Box 105638**
**Atlanta, GA 30348-5638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Steve's Shop, Inc.**
**100 Terminal Street**
**Charlestown, MA 02129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$704.81**

**Stonybrook Water Company**
**11 Beach Street**
**Unit B**
**Manchester, MA 01944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134.19**

**Sugatsune America, Inc**
**18101 Savarona Way**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Boston Boatworks, L.L.C.** | | Case number (*if known*) | **25-10071** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Swizzle Media LLC**
**44 Juniper Road**
**Belmont, MA 02478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,575.00** |
|---|---|---|---|

**Symmetrix Composite Tooling**
**115B Broadcommon Road**
**Bristol, RI 02809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,645.99** |
|---|---|---|---|

**Taco Metals, Inc**
**PO Box 936897**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,380.00** |
|---|---|---|---|

**Teak Decking Systems**
**mmitchell@teakdecking.com**
**7061 15th Street,**
**Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$632.80** |
|---|---|---|---|

**Teak Isle Mfg**
**401 Capitol Ct**
**Ocoee, FL 34761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$868.75** |
|---|---|---|---|

**The Brass Works, Inc.**
**111 East Kentucky Ave**
**Deland, FL 32724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143,932.00** |
|---|---|---|---|

**U.S. Small Business Administration**
**PO Box 3918**
**Portland, OR 97209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Boston Boatworks, L.L.C.** | | Case number (if known) | **25-10071** |
|---|---|---|---|---|
| | Name | | | |

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,757.54** |
|---|---|---|---|

**ULine**
PO Box 88741
Chicago, IL 60680-1741

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,674.70** |
|---|---|---|---|

**Ultra Marine West**
3774 SW 30th Ave
Fort Lauderdale, FL 33312

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$218.02** |
|---|---|---|---|

**VetusMaxwell Inc.**
spapantonakis@vetus.com
7251 National Drive Suite B
Hanover, MD 21076

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$283.34** |
|---|---|---|---|

**Vitrifrigo America LLC**
accounting@vfamerica.com
2200 NW 32nd Street Suite 1200
Pompano Beach, FL 33069

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,500.00** |
|---|---|---|---|

**Walter & Shuffain, P.C.**
101 Station Drive
Suite 250
Westwood, MA 02090

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,137.80** |
|---|---|---|---|

**West Marine Pro / Port Supply**
299 Mishawum Rd.
Woburn, MA 01801

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.29** |
|---|---|---|---|

**Xylem - Jabsco**
acc#112413
26717 Network Place
Chicago, IL 60673-1267

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Boston Boatworks, L.L.C.** | Case number (if known) | **25-10071** |
|---|---|---|---|
| | Name | | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.00 |
|---|---|---|---|

**Yachtify USA LLC**
**401 E las olas blvd**
**Suite 130 #795**
**Fort Lauderdale, FL 33301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $334.69 |
|---|---|---|---|

**Young & Company Inc**
**167 Bow St**
**Unit 205**
**Everett, MA 02149**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.94 |
|---|---|---|---|

**ZBC Marine Services**
**7 Calthrope Rd.**
**Marblehead, MA 01945**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,415.87 |
|---|---|---|---|

**Zoro.com**
**PO Box 5233**
**Janesville, WI 53547**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,532.07 |
|---|---|---|---|

**Zurn Yacht Design**
**2 Catherine Lane**
**Marblehead, MA 01945**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 8,335.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 6,150,833.63 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,159,168.63 |

**Fill in this information to identify the case:**

Debtor name  **Boston Boatworks, L.L.C.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)  **25-10071**

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **JANE ELLEN 40z109**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Jim White**<br>**Sutter Hill Ventures**<br>**755 Page Mill Road - A200**<br>**Palo Alto, CA 94304** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **CYDONIA 40z12**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Alexander Falk**<br>**452 Atlantic Ave.**<br>**Marblehead, MA 01945** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **CARAVAN 35z10**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Andrew Hayden**<br>**20 Crestwood RD**<br>**Newton, MA 02465** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Kcea/ Saxdor 320**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ben Langston**<br>**34 Hutchinson Rd.**<br>**Arlington, MA 02474** |

| Debtor 1 | **Boston Boatworks, L.L.C.** | | | Case number *(if known)* | **25-10071** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **JUST CHILLENS**<br><br><br><br>**Ben Schilens**<br>**159 West Third St. #3**<br>**South Boston, MA 02127** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mako 23**<br><br><br><br>**Bill Springer** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Neeli 50z27**<br><br><br><br>**Capt. Tory Pound**<br>**One Comcast Center**<br>**Philadelphia, PA 19103-2838** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **SUMMERPLACE**<br>**Beneteau 38.1**<br><br><br>**David King**<br>**197 8th Street, Unit 607**<br>**Charlestown, MA 02129** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Merry Jane DC 48 #12**<br><br><br><br>**Denise Aronson**<br>**5990 Sepalveda Blvd., Suite 550**<br>**Van Nuys, CA 91411** |

| Debtor 1 | **Boston Boatworks, L.L.C.** | | Case number *(if known)* | **25-10071** |
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **ABEGWEIT 53z38** | |
| | State the term remaining | | **Donald Nicholson** |
| | List the contract number of any government contract | | **179 Newton St** **Weston, MA 02493** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Design Agreement & Amendment** | |
| | State the term remaining | | **Doug Zurn, dba Zurn Yacht Design** |
| | List the contract number of any government contract | | **89 Front Street, Suite 212** **Marblehead, MA 01945** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **GUARDIAN albin 28** | |
| | State the term remaining | | **Ernest Hardy** |
| | List the contract number of any government contract | | **47 Bartlett Pkwy** **Winthrop, MA 02152** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **GEZELLIG 50z 16** | |
| | State the term remaining | | **Gary Blanken** |
| | List the contract number of any government contract | | **43 Surfside Lane** **Quincy, MA 02171** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **LoLa 50z- Verdine 50z21** | |
| | State the term remaining | | **Greg Verdine** |
| | List the contract number of any government contract | | **912 Shore Drive** **North Palm Beach, FL 33408** |

| Debtor 1 | **Boston Boatworks, L.L.C.** | | | Case number (*if known*) | **25-10071** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Solace, 40z** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Jay Heim<br>P.O. Box 100<br>Oxford, MD 21654 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Mer Douce, 40z** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Jeff Orr<br>Walstrom Marine<br>501 E Bay St.<br>Harbor Springs, MI 49749 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **WADADLI 40z89** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Jeffrey Hurst<br>PO Box 468, Unit 4D<br>Harwich Port, MA 02646 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **DADDY'S DREAM 40z137** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | John Szum<br>197 8th Street, Unit 710<br>Charlestown, MA 02129 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **N/N GRADY** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | John Winterle<br>50 BATTERY STREET<br>BOSTON, MA 02109 |

| Debtor 1 | **Boston Boatworks, L.L.C.** | | Case number *(if known)* | **25-10071** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Kate IV, Back Cove 340** | |
|---|---|---|---|
| | State the term remaining | | **Karen Sommers** |
| | List the contract number of any government contract | | **53 Richards Rd** **Southborogh, MA 01772** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Whaler 13** | |
|---|---|---|---|
| | State the term remaining | | **Karen Sommers** |
| | List the contract number of any government contract | | **53 Richards Rd** **Southborogh, MA 01772** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Southern Cross, 50z** | |
|---|---|---|---|
| | State the term remaining | | **Kevin Cunningham** |
| | List the contract number of any government contract | | **1603 Manana Street** **Austin, TX 78730** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **SATISFACTORY 40Z44** | |
|---|---|---|---|
| | State the term remaining | | **Lisa** |
| | List the contract number of any government contract | | **3 Bowditch Rd** **Shelter Island Heights, NY 11965** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Cepheus / custom BB 18 sail boat** | |
|---|---|---|---|
| | State the term remaining | | **Marty M** |
| | List the contract number of any government contract | | **428 Washington st** **Gloucester, MA 01930** |

Debtor 1   **Boston Boatworks, L.L.C.**                                    Case number *(if known)*   **25-10071**
_____   _____   _____
First Name   Middle Name   Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.25. State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure of Proprietary Information** |
| State the term remaining | |
| List the contract number of any government contract | **McConaghy Boats** |
| 2.26. State what the contract or lease is for and the nature of the debtor's interest | **MISS AMERICA 40z16** |
| State the term remaining | |
| List the contract number of any government contract | **Michael Egan 116 Flanders Rd Westboro, MA 01581** |
| 2.27. State what the contract or lease is for and the nature of the debtor's interest | **Spaghetti and meatballs, 40z** |
| State the term remaining | |
| List the contract number of any government contract | **Mngr Rose 86 N. Bridge street Gary, IN 46404** |
| 2.28. State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure of Proprietary Information** |
| State the term remaining | |
| List the contract number of any government contract | **Persak & Wurmfeld 68 Jay Street Unit 601A Brooklyn, NY 11201** |
| 2.29. State what the contract or lease is for and the nature of the debtor's interest | **Good Trouble 40z 55** |
| State the term remaining | |
| List the contract number of any government contract | **Ron O'Hanley 500 Commercial St. Boston, MA 02109** |

Debtor 1   **Boston Boatworks, L.L.C.**                                          Case number *(if known)*   **25-10071**
   First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **ON THE BUTTON 40z76**<br><br><br>**Roy Giarrusso**<br>**308 Victory Rd**<br>**Quincy, MA 02171** |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **BY THE WAY 36z32z**<br><br><br>**Steve Callahan**<br>**263 Ocean Ave**<br>**Marblehead, MA 01945** |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Cruisers 33**<br><br><br>**Tameem Hourani**<br>**164 North Business**<br>**Camdenton, MO 65020** |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Live a Little Pardo 43**<br><br><br>**Tameem Hourani**<br>**164 North Business**<br>**Camdenton, MO 65020** |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **SPYGLASS/North shore 25**<br><br><br>**Thomas Riley**<br>**66 Berkeley St**<br>**West Newton, MA 02465** |

| Debtor 1 | **Boston Boatworks, L.L.C.** | | Case number *(if known)* | **25-10071** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **IRISH WHISPER 43z129** | |
|---|---|---|---|
| | State the term remaining | | **William McLaughlin**<br>**117 Hammond Street**<br>**NEWTON, MA 02467** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Interior Decorative Design Services & Standard Terms of Engagement** | |
|---|---|---|---|
| | State the term remaining | | **Winch Design Ltd**<br>**The Old Fire Station**<br>**123 Mortlake High Street**<br>**London SW12 8SN England** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Boston Boatworks, L.L.C.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)    **25-10071**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.2 | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.3 | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.4 | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |