**Fill in this information to identify the case:**

Debtor name   **Boston Boatworks, L.L.C.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)   **25-10071**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,294.00** |
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$13,217,342.00** |
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$20,222,271.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | **Retention Credit Interest,<br>Proceeds from Settlement** | **$468,501.00** |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **Boston Boatworks, L.L.C.** | | Case number *(if known)* **25-10071** |
|---|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Aflac** | **12/18/2024** | **$463.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | **Aflac** | **10/17/2024** | **$1,554.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **Aflec** | **11/18/2024** | **$1,942.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | **American Express Credit Card** | **12/5/2024** | **$5,098.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **American Express Credit Card** | **10/23/2024** | **$5,295.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **American Express Credit Card** | **10/23/2024** | **$8,974.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **AmTrust Financial** | **11/5/2024** | **$6,836.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | **Boston Boatworks, L.L.C.** | Case number *(if known)* | **25-10071** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **Manual Draft** | **11/15/2024** | **$17,865.54** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Wire Intl Out Date Time Et Service Mccon** | **10/23/2024** | **$7,990.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Marsh Refinishing** | **10/15/2024** | **$600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **B&L Tile Inc.** | **10/16/2024** | **$800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Hafele America Co.** | **10/16/2024** | **$67.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Burke Design LLC** | **10/16/2024** | **$2,275.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Navico Group** | **10/17/2024** | **$101.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Navico Group** | **10/17/2024** | **$321.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Boston Boatworks, L.L.C.**                                    Case number *(if known)*   **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **PolyFab** | **10/17/2024** | **$1,516.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. **Quick USA LLC** | **10/17/2024** | **$1,481.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **InfoArmor, Inc** | **10/18/2024** | **$227.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **Mary Baker** | **10/18/2024** | **$1,120.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **United States Treasury** | **10/22/2024** | **$8.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. **SeaLift, LLC** | **10/25/2024** | **$11,731.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **Ocean Link, Inc** | **10/29/2024** | **$10,536.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. **Custom Fiberglass, Inc.** | **11/1/2024** | **$33,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Boston Boatworks, L.L.C.**                              Case number *(if known)*  **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.24. **East Coast Interiors** | **11/1/2024** | **$50,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. **Persak & Wurmfeld** | **11/1/2024** | **$22,751.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. **Chelsea Clock Company** | **11/4/2024** | **$2,063.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. **Mary Baker** | **11/5/2024** | **$1,120.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. **Boston Autoport** | **11/8/2024** | **$19,675.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. **Diversified Automotive, inc dba Mystic m** | **11/8/2024** | **$6,747.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **Mary Baker** | **11/8/2024** | **$1,120.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **Hirsch Roberts Weinstein LLP** | **11/15/2024** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor **Boston Boatworks, L.L.C.**                              Case number *(if known)* **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.32. **Kraft Power** | 11/15/2024 | $84,275.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. **Tri Huynh** | 11/18/2024 | $2,055.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. **Custom Fiberglass, Inc.** | 11/22/2024 | $20,120.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. **Martel Marine Panels LLC** | 11/25/2024 | $1,653.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. **Martel Marine Panels LLC** | 11/26/2024 | $747.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. **McMASTER-CARR Supply Company** | 12/3/2024 | $5,427.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38. **Power Products Systems, LLC** | 12/3/2024 | $15,212.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39. **East Coast Interiors** | 12/4/2024 | $4,660.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Boston Boatworks, L.L.C.**                                    Case number *(if known)*  **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.40. **East Coast Interiors** | **12/5/2024** | **$651.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.41. **Jump Street Movers, INC** | **12/6/2024** | **$780.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.42. **Edward A.Roberts Consulting** | **12/9/2024** | **$1,023.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43. **Kellogg Marine, Inc.** | **12/9/2024** | **$20,920.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.44. **Power Products Systems, LLC** | **12/11/2024** | **$2,342.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.45. **SeaLift, LLC** | **12/11/2024** | **$13,427.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.46. **West Marine Pro / Port Supply** | **12/11/2024** | **$17,389.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47. **MTNK LLC** | **12/18/2024** | **$12,928.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Boston Boatworks, L.L.C.**                                    Case number *(if known)*  **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.48. **Boston IT, Inc** | **12/24/2024** | **$2,700.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.49. **CorVant, LLC** | **12/24/2024** | **$4,710.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.50. **Crown Castle Fiber LLC** | **12/24/2024** | **$5,257.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.51. **Dometic US Blind Systems Ltd.** | **12/24/2024** | **$2,332.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.52. **Navico Group** | **12/24/2024** | **$8,906.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.53. **Navico Group** | **12/24/2024** | **$327.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.54. **Imtra Corporation** | **12/24/2024** | **$9,057.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.55. **Tri Huynh** | **12/23/2024** | **$6,332.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Boston Boatworks, L.L.C.**                                              Case number *(if known)*  **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.56. **Bridgestone Hosepower LLC** | **1/3/2025** | **$590.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.57. **DTS Enterprises Inc.** | **1/3/2025** | **$10,086.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.58. **H&H Propeller Shop, Inc.** | **1/3/2025** | **$842.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.59. **Kellogg Marine, Inc.** | **1/3/2025** | **$982.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.60. **Roger's Radiator** | **1/3/2025** | **$1,100.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.61. **S&S FABRIC PRODUCTS** | **1/3/2025** | **$1,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.62. **Vinyl GraphicWorks** | **1/3/2025** | **$900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.63. **Diversified Automotive, inc dba Mystic m** | **1/7/2025** | **$5,536.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Boston Boatworks, L.L.C.**                                                      Case number *(if known)*   **25-10071**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.64. | **Save That Stuff, Inc.** | **1/7/2025** | **$660.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.65. | **AmTrust Financial** | **12/5/2024** | **$6,836.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.66. | **AmTrust Financial** | **1/6/2025** | **$6,836.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.67. | **AT&T** | **11/26/2024** | **$1,259.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.68. | **AT&T** | **10/25/2024** | **$1,274.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.69. | **AT&T** | **12/26/2024** | **$1,362.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.70. | **Blue Cross Blue Shield** | **12/3/2024** | **$4,342.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.71. | **Blue Cross Blue Shield** | **12/23/2024** | **$4,411.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | **Boston Boatworks, L.L.C.** | | Case number *(if known)* | **25-10071** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.72. **Blue Cross Blue Shield** | **11/7/2024** | **$4,454.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.73. **Blue Cross Blue Shield** | **12/3/2024** | **$4,535.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.74. **Blue Cross Blue Shield** | **11/7/2024** | **$8,138.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.75. **Blue Cross Blue Shield** | **12/3/2024** | **$9,920.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.76. **Blue Cross Blue Shield** | **12/23/2024** | **$9,929.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.77. **Blue Cross Blue Shield** | **12/3/2024** | **$10,638.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.78. **Blue Cross Blue Shield** | **12/3/2024** | **$50,399.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.79. **Blue Cross Blue Shield** | **11/7/2024** | **$51,271.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Boston Boatworks, L.L.C.**                                    Case number (*if known*)   **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.80. **Blue Cross Blue Shield** | **12/3/2024** | **$51,479.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.81. **Blue Cross Blue Shield** | **12/23/2024** | **$51,907.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.82. **Defusco Wire** | **11/19/2024** | **$12,430.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.83. **Defusco Wire** | **11/15/2024** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.84. **Deluxe Business Services** | **11/27/2024** | **$25.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.85. **Deluxe Business Services** | **12/3/2024** | **$117.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.86. **Diesel Direct Corp Coll** | **11/15/2024** | **$771.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.87. **Estes Express Li** | **12/18/2024** | **$172.94** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Boston Boatworks, L.L.C.**                                        Case number *(if known)*   **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.88. **Estes Express Li** | **12/9/2024** | **$335.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.89. **FedEx** | **11/22/2024** | **$120.85** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.90. **FedEx** | **10/22/2024** | **$154.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.91. **FedEx** | **11/15/2024** | **$157.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.92. **FedEx** | **11/26/2024** | **$171.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.93. **FedEx** | **10/31/2024** | **$412.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.94. **FedEx** | **11/19/2024** | **$622.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.95. **FedEx** | **10/22/2024** | **$1,211.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Boston Boatworks, L.L.C.**                                    Case number *(if known)*  **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.96. **Ipfs Ipfspmtmaw** | **12/5/2024** | **$12,969.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.97. **Ipfs Ipfspmtmaw Boston Boatworks** | **11/5/2024** | **$12,969.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.98. **Lease Services (Solid Edge)** | **11/7/2024** | **$571.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.99. **Lease Services (Solid Edge)** | **12/9/2024** | **$571.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.100. **Lease Services (Solid Edge)** | **1/7/2025** | **$571.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.101. **Lease Services (Solid Edge)** | **10/25/2024** | **$884.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.102. **Lease Services (Solid Edge)** | **11/25/2024** | **$884.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.103. **Lease Services (Solid Edge)** | **12/26/2024** | **$884.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |

Debtor    **Boston Boatworks, L.L.C.**    Case number *(if known)*    **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10<br>4. **Lincoln Nationa** | **11/27/2024** | **$273.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10<br>5. **Lincoln Nationa Hoyaa** | **11/26/2024** | **$327.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10<br>6. **National Grid** | **1/2/2025** | **$3,868.94** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10<br>7. **National Grid** | **1/10/2025** | **$3,870.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10<br>8. **Nationwide** | **12/4/2024** | **$4,177.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10<br>9. **Navitas Credit Cash Conc Boston Boatwork** | **11/4/2024** | **$1,112.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11<br>0. **Navitas Credit Cash Conc Ct Bund** | **12/2/2024** | **$1,112.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11<br>1. **Navitas Credit Cash Conc Ct Bund** | **1/2/2025** | **$1,112.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Debtor   **Boston Boatworks, L.L.C.**                         Case number *(if known)*   **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.11 2. **Outgoing Wire Transfer (Crown Castle)** | 12/24/2024 | $5,257.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11 3. **Overdraft Item Fee** | 12/13/2024 | $10.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11 4. **Service Charge** | 12/31/2024 | $8.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11 5. **Service Charge** | 12/31/2024 | $8.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11 6. **Service Charge** | 10/31/2024 | $15.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11 7. **Staples** | 10/15/2024 | $124.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11 8. **UPS** | 12/9/2024 | $120.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11 9. **UPS** | 10/28/2024 | $169.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Debtor   **Boston Boatworks, L.L.C.**                                      Case number *(if known)*   **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.12 0. **UPS** | **11/18/2024** | **$250.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.12 1. **UPS** | **10/15/2024** | **$299.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.12 2. **UPS** | **11/4/2024** | **$382.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.12 3. **UPS** | **11/25/2024** | **$389.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.12 4. **UPS** | **12/2/2024** | **$437.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.12 5. **UPS** | **11/12/2024** | **$712.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.12 6. **UPS** | **10/21/2024** | **$778.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.12 7. **VSP Insurance** | **1/2/2025** | **$619.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

Debtor   **Boston Boatworks, L.L.C.**                              Case number (if known)   **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.12 8. **VSP Insurance** | **12/2/2024** | **$623.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12 9. **VSP Insurance** | **11/4/2024** | **$626.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13 0. **Wire Return Fee** | **12/18/2024** | **$45.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13 1. **Wire Transfer Fee** | **11/20/2024** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13 2. **Wire Transfer Fee** | **11/20/2024** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13 3. **Wire Transfer Fee** | **11/20/2024** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13 4. **Wire Transfer Fee** | **12/4/2024** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13 5. **Wire Transfer Fee** | **12/6/2024** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Boston Boatworks, L.L.C.**                                          Case number *(if known)*    **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.13<br>6. | **Wire Transfer Fee** | **12/19/2024** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.13<br>7. | **Wire Transfer Fee** | **12/20/2024** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.13<br>8. | **Wire Transfer Fee** | **1/2/2025** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.13<br>9. | **Wire Transfer Fee** | **1/2/2025** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.14<br>0. | **Wire Transfer Fee** | **1/8/2025** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.14<br>1. | **Wire Transfer Fee** | **1/8/2025** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.14<br>2. | **Wire Transfer Fee** | **11/27/2024** | **$20.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.14<br>3. | **Wire Transfer Fee** | **12/9/2024** | **$20.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

| Debtor | **Boston Boatworks, L.L.C.** | | Case number *(if known)* | **25-10071** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.14<br>4.    **Wire Transfer Fee** | **12/12/2024** | **$20.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14<br>5.    **Wire Transfer Fee** | **12/16/2024** | **$20.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14<br>6.    **Wire Transfer Fee** | **12/20/2024** | **$20.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14<br>7.    **Wire Transfer Fee** | **12/23/2024** | **$20.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14<br>8.    **Wire Transfer Fee** | **12/30/2024** | **$20.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14<br>9.    **Wire Transfer Fee** | **12/31/2024** | **$20.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15<br>0.    **Wire Transfer Fee** | **1/3/2025** | **$20.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15<br>1.    **Wire Transfer Fee** | **1/8/2025** | **$20.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Boston Boatworks, L.L.C.**                                    Case number *(if known)*   **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.15<br>2. **Wire Transfer Fee** | **1/10/2025** | **$20.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15<br>3. **U.S. Small Business Administration** | **11/12/2024** | **$731.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15<br>4. **U.S. Small Business Administration** | **12/11/2024** | **$731.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15<br>5. **E-ZPass** | **11/12/2024** | **$6.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Tolls**__ |
| 3.15<br>6. **E-ZPass** | **10/28/2024** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Tolls**__ |
| 3.15<br>7. **E-ZPass** | **11/12/2024** | **$61.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Tolls**__ |
| 3.15<br>8. **Pitney Bowes** | **11/18/2024** | **$25.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Postage**__ |
| 3.15<br>9. **Outgoing Wire Transfer** | **12/23/2024** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Legal Payment for Retainer**__ |

Debtor   **Boston Boatworks, L.L.C.**                                      Case number *(if known)*  **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16<br>0. **Outgoing Wire Transfer** | **12/20/2024** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal Payment for Retainer** |
| 3.16<br>1. **Gregory Marie** | **10/18/2024** | **$50.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Reimbursement** |
| 3.16<br>2. **Tri D Huynh** | **10/25/2024** | **$76.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Reimbursement** |
| 3.16<br>3. **Raphael Silva** | **1/10/2025** | **$547.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Reimbursement** |
| 3.16<br>4. **Mary Baker** | **10/25/2024** | **$1,120.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Contractor** |
| 3.16<br>5. **Edward A.Roberts Consulting** | **11/1/2024** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Contractor** |
| 3.16<br>6. **Edward A.Roberts Consulting** | **11/15/2024** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Contractor** |

| Debtor | **Boston Boatworks, L.L.C.** | | Case number *(if known)* | **25-10071** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.167. **Mary Baker** | **11/15/2024** | **$1,120.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Contractor** |
| 3.168. **Mary Baker** | **11/27/2024** | **$1,120.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Contractor** |
| 3.169. **Mary Baker** | **12/3/2024** | **$1,120.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Contractor** |
| 3.170. **Mary Baker** | **12/9/2024** | **$1,120.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Contractor** |
| 3.171. **Mary Baker** | **1/7/2025** | **$2,240.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Contractor** |
| 3.172. **Funds Transfer** | **1/2/2025** | **$364.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **CC Merchant Fees** |
| 3.173. **Funds Transfer** | **12/2/2024** | **$2,163.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **CC Merchant Fees** |
| 3.174. **Charlestown Maritime Center, LLC** | **11/25/2024** | **$12,174.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Building Lease** |

Debtor    **Boston Boatworks, L.L.C.**                                Case number *(if known)*  **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17 5. **Charlestown Maritime Center, LLC** | 11/25/2024 | $28,054.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Building Lease** |
| 3.17 6. **Boston Autoport** | 12/11/2024 | $11,637.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Building Lease** |
| 3.17 7. **Charlestown Maritime Center, LLC** | 12/11/2024 | $12,174.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Building Lease** |
| 3.17 8. **Charlestown Maritime Center, LLC** | 12/11/2024 | $6,051.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Building Lease** |
| 3.17 9. **Diversified Automotive, inc dba Mystic m** | 12/11/2024 | $3,509.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Building Lease** |
| 3.18 0. **Charlestown Maritime Center, LLC** | 12/12/2024 | $17,767.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Building Lease** |
| 3.18 1. **Chrysler Capital Payment** | 10/30/2024 | $616.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Auto Lease** |
| 3.18 2. **Chrysler Capital Payment** | 12/2/2024 | $616.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Auto Lease** |

Debtor   **Boston Boatworks, L.L.C.**                                    Case number (if known)  **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.18<br>3.  **Chrysler Capital Payment** | **12/30/2024** | **$616.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Auto Lease |
| 3.18<br>4.  **TD Auto Finance** | **11/12/2024** | **$759.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Auto Lease |
| 3.18<br>5.  **TD Auto Finance** | **12/10/2024** | **$759.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Auto Lease |
| 3.18<br>6.  **Tesla  Motors** | **10/29/2024** | **$9.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Auto Lease |
| 3.18<br>7.  **Tesla  Motors** | **12/2/2024** | **$9.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Auto Lease |
| 3.18<br>8.  **Tesla  Motors** | **12/31/2024** | **$9.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Auto Lease |
| 3.18<br>9.  **Tesla  Motors** | **12/3/2024** | **$105.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Auto Lease |
| 3.19<br>0.  **Tesla  Motors** | **1/3/2025** | **$105.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Auto Lease |

Debtor   **Boston Boatworks, L.L.C.**                                    Case number *(if known)*  **25-10071**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.19 1. **Outgoing Wire Transfer** | **1/10/2025** | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Appraisal Fee** |
| 3.19 2. **American Express Credit Card** | **11/13/2024** | **$17,756.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.19 3. **Capital One Credit Card** | **10/23/2024** | **$1,331.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.19 4. **Capital One Credit Card** | **12/2/2024** | **$1,401.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

Debtor   **Boston Boatworks, L.L.C.**                              Case number *(if known)* **25-10071**

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Murphy & King, Professional Corportion**<br>**28 State Street**<br>**Suite 3101**<br>**Boston, MA 02109** | **Retainer** | **12/20/2024,**<br>**12/23/2024** | **$35,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Debtor    **Boston Boatworks, L.L.C.**                                    Case number *(if known)*  **25-10071**

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☐ Yes. Fill in below.

| Name of plan | Employer identification number of the plan |
|---|---|
| **Boston Boatworks, L.L.C 401(K) Plan** | EIN:  **04-3311597** |

Has the plan been terminated?
■ No
☐ Yes

Debtor    **Boston Boatworks, L.L.C.**                                  Case number *(if known)*  **25-10071**

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Ron O'Hanley<br>500 Commercial St.<br>Boston, MA 02109 | | Good Trouble 40z 55 Boat | Unknown |
| Gary Blanken<br>43 Surfside Lane<br>Quincy, MA 02171 | | GEZELLIG 50z 16 Boat | Unknown |
| Greg Verdine<br>912 Shore Drive<br>North Palm Beach, FL 33408 | | LoLa 50z- Verdine 50z21 Boat | Unknown |
| Capt. Tory Pound<br>One Comcast Center<br>Philadelphia, PA 19103-2838 | | Neeli 50z27 Boat | Unknown |

---

Debtor   **Boston Boatworks, L.L.C.**                              Case number *(if known)* **25-10071**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Denise Aronson**<br>**5990 Sepalveda Blvd., Suite 550**<br>**Van Nuys, CA 91411** | | **Merry Jane DC 48 #12 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Alexander Falk**<br>**452 Atlantic Ave.**<br>**Marblehead, MA 01945** | | **CYDONIA 40z12 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **John Szum**<br>**197 8th Street, Unit 710**<br>**Charlestown, MA 02129** | | **DADDY'S DREAM 40z137 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jim White**<br>**Sutter Hill Ventures**<br>**755 Page Mill Road - A200**<br>**Palo Alto, CA 94304** | | **JANE ELLEN 40z109 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Michael Egan** | | **MISS AMERICA 40z16 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Steve Callahan**<br>**263 Ocean Ave**<br>**Marblehead, MA 01945** | | **BY THE WAY 36z32z Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Roy Giarrusso**<br>**308 Victory Rd**<br>**Quincy, MA 02171** | | **ON THE BUTTON 40z76 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Tameem Hourani**<br>**164 North Business**<br>**Camdenton, MO 65020** | | **F It Ship It Cruisers 33 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Tameem Hourani**<br>**164 North Business**<br>**Camdenton, MO 65020** | | **Live a Little Pardo 43 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Donald Nicholson**<br>**179 Newton St**<br>**Weston, MA 02493** | | **ABEGWEIT 53z38 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jeffrey Hurst**<br>**PO Box 468, Unit 4D**<br>**Harwich Port, MA 02646** | | **WADADLI 40z89 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Andrew Hayden**<br>**20 Crestwood RD**<br>**Newton, MA 02465** | | **CARAVAN 35z10 Boat** | **Unknown** |

Debtor    **Boston Boatworks, L.L.C.**                                Case number *(if known)*  **25-10071**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Thomas Riley**<br>**66 Berkeley St**<br>**West Newton, MA 02465** | | **SPYGLASS North shore 25 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jay Heim**<br>**P.O. Box 100**<br>**Oxford, MD 21654** | | **Solace, 40z  Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Marty M**<br>**428 Washington st**<br>**Gloucester, MA 01930** | | **Cepheus Custom BB 18 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Lisa**<br>**3 Bowditch Rd**<br>**Shelter Island Heights, NY 11965** | | **SATISFACTORY 40Z44 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **David King**<br>**197 8th Street, Unit 607**<br>**Charlestown, MA 02129** | | **SUMMERPLACE Beneteau 38.1 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ben Langston**<br>**34 Hutchinson Rd.**<br>**Arlington, MA 02474** | | **Kcea Saxdor 320 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Karen Sommers**<br>**53 Richards Rd**<br>**Southborogh, MA 01772** | | **Kate IV, Back Cove 340 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Karen Sommers**<br>**53 Richards Rd**<br>**Southborogh, MA 01772** | | **Whaler 13 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **William McLaughlin**<br>**117 Hammond Street**<br>**NEWTON, MA 02467** | | **IRISH WHISPER 43z129 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ernest Hardy**<br>**47 Bartlett Pkwy**<br>**Winthrop, MA 02152** | | **GUARDIAN Albin 28 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **John Winterle**<br>**50 BATTERY STREET**<br>**BOSTON, MA 02109** | | **N/N GRADY Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ben Schilens**<br>**159 West Third St. #3**<br>**South Boston, MA 02127** | | **JUST CHILLENS Boat** | **Unknown** |

Debtor    **Boston Boatworks, L.L.C.**                                Case number *(if known)*  **25-10071**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Kevin Cunningham**<br>**1603 Manana Street**<br>**Austin, TX 78730** | | **Southern Cross, 50z Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Mngr Rose Avigliano**<br>**86 N. Bridge street**<br>**Gary, IN 46404** | | **Spaghetti and meatballs, 40z Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jeff Orr**<br>**Walstrom Marine**<br>**501 E Bay St.**<br>**Harbor Springs, MI 49749** | | **Mer Douce, 40z Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Bill Springer** | | **Mako 23 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Edward M. Kaye & Zurn Yacht Design** | | **Unfinished Hull of BB44 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Doug Douglass** | | **Unfinished Hull of BB44 Boat** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Diaz Marine Services for Marc Peperzak** | | **Unfinished Hull of BB44 Boat** | **Unknown** |

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■  No.
   ☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor    **Boston Boatworks, L.L.C.**                                        Case number *(if known)*  **25-10071**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Thomas Maher** | **11/19/2018 - 1/24/2023** |
| 26a.2. | **Kamal Elkarmach** | **8/19/2019 - Petition Date** |
| 26a.3. | **Casey Spencer** | **6/15/2021 - 12/18/2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Walter & Shuffain, P.C.**<br>**101 Station Drive, Suite 250**<br>**Westwood, MA 02090** | **2013 - Petition Date** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **Boston Boatworks, L.L.C.**                                        Case number *(if known)*  **25-10071**

---

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Scott R.S. Smith** | **300 Terminal St. Charlestown, MA 02129** | **CEO/Owner** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Scott R.S. Smith 300 Terminal St. Charlestown, MA 02129** | **$182,483.04** | **1/14/2024 - 1/14/2025** | **Salary/Wages** |
| | **Relationship to debtor CEO/Owner** | | | |
| 30.2. | **Karen E Smith** | **$50,120.31** | **1/14/2024 - 1/14/2025** | **Salary/Wages** |
| | **Relationship to debtor Employee/Wife of CEO** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

Debtor    **Boston Boatworks, L.L.C.**                                     Case number *(if known)*  **25-10071**

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **January 29, 2025**

**/s/ Scott R.S. Smith**                              **Scott R.S. Smith**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes